IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE L. CLEARY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 13-785 |

ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 30th day of September, 2013, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be remanded for full consideration of all of the substantial medical evidence pertaining to Cleary's mental illness, including that contained in the hospital records, and for analysis under 42 U.S.C. § § 423(d)(2) and 1614(c)(3) if necessary.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.